**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | No.  **1:24-CR-00073-RP** |
| | § | |
| **(1) ADRIAN BENARD,** | § | |
| *Defendant* | § | |

**ORDER**

Before the Court is Defendant Adrian Benard's Emergency Motion for Temporary Release from Custody to Attend Funeral of Father, Dkt. 33. The District Judge referred the motion to the undersigned for resolution. Dkt. 35. Benard's motion, filed July 16, 2024, seeks a temporary modification of his order of detention to permit him to attend the July 20, 2024, funeral of his father, who passed on July 12, 2024. Dkt. 33, at 1-2. The funeral will take place in Fort Worth, Texas. *Id.* at 1. The Government opposes the motion. Dkt. 34

Benard faces a one-count indictment charging him with possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1). Dkt. 3. He has pleaded guilty to that charge, Dkt. 29, and faces sentencing in a few weeks, Dkt. 30 (setting Benard's sentencing for September 6, 2024). Shortly after his arrest and initial detention, Benard waived his detention hearing, Dkt. 16, and he has been in the custody of the U.S. Marshals since that time. Benard asks that he be temporarily released from custody so that his uncle can transport him to and from his detention facility to attend his father's funeral in Fort Worth. Dkt. 33, at 2.

1

The Court is sympathetic to Benard's and his family's loss. However, in light of the distance of travel needed to attend the funeral, and a looming sentencing date, the Court will not authorize the requested release. Short of a two-deputy team of Deputy United States Marshals to guard Benard over the requested period of release, a solution that is impracticable here, especially given the timing of his request, there are no conditions that can be set that will sufficiently provide for the safety of the community and Benard's future appearance in Court. For all of these reasons, the Court **DENIES** Benard's Emergency Motion for Temporary Release from Custody to Attend Funeral of Father, Dkt. 33.

SIGNED July 17, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

2